Matter of Ewing (2025 NY Slip Op 00554)

Matter of Ewing

2025 NY Slip Op 00554

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, GREENWOOD, AND KEANE, JJ.

771 CA 23-01839

[*1]IN THE MATTER OF THE ESTATE OF GORDON EWING, ALSO KNOWN AS GORDON M. EWING, DECEASED. NANCY EWING, AS EXECUTOR OF THE ESTATE OF GORDON EWING, PETITIONER-APPELLANT, GAIL BURNS, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF REBECCA J. BURNS-EWING, RESPONDENT-RESPONDENT. (APPEAL NO. 1.)

COLE, SORRENTINO, HURLEY, HEWNER & GAMBINO, P.C., BUFFALO, MAGAVERN MAGAVERN GRIMM LLP (EDWARD J. MARKARIAN OF COUNSEL), FOR PETITIONER-APPELLANT.
JEFFREY F. VOELKL, WILLIAMSVILLE, FOR RESPONDENT-RESPONDENT.

 Appeal from an order of the Surrogate's Court, Erie County (Acea M. Mosey, S.), entered August 21, 2023. The order, among other things, directed the Estate of Gordon Ewing to pay respondent Gail Burns, as the fiduciary of the Estate of Rebecca J. Burns-Ewing, the sum of $41,780.83. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: January 31, 2025
Ann Dillon Flynn
Clerk of the Court